AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**FILED**
JUN 1 8 2007

___Western___ DISTRICT OF ___Texas___

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**Kelly Allen Jones Sr.**

## CRIMINAL COMPLAINT

CASE NUMBER: *07-2935m*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ___October 24, 2006 and continuing through June 15, 2007___ in __El Paso__

__county, in the __Western__ District of ___Texas___ defendant did, (Track Statutory Language of Offense)

knowingly attempted to coerce, induce, entice and persuade, a minor child under the age of 18 to engage in sexually explicit conduct and said attempted coercion and enticement having an effect on interstate and foreign commerce

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:
<sub>Official Title</sub>
**See Attached Probable Cause Statement hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

Signature of Complainant
**Scott Jensen**
**Special Agent**
**FBI**

Sworn to before me and subscribed in my presence,

___June 18, 2007___      at    ___El Paso, Texas___
Date                                      City and State

Richard P. Mesa, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer